# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENT SCARPO, on behalf of himself and all others similarly situated<br><br>Plaintiff(s),<br>v.<br>NATROL, LLC<br><br>Defendant(s). | CASE NUMBER<br><br>5:21-cv-01979-JFW-AS<br><br>**ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** [22] |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Gilman, Jeremy
*Applicant's Name (Last Name, First Name & Middle Initial)*

(216) 789-8709        (216) 245-3797
*Telephone Number*      *Fax Number*

jgilman@jeremygilman.attorney
*E-Mail Address*

of JEREMY GILMAN, ATTORNEY, LLC
7290 Ober Lane
Chagrin Falls, OH  44023
*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Brent Scarpo, on Behalf of Himself and All Others Similarly Situated

*Name(s) of Party(ies) Represent*     ✓ *Plaintiff(s)*  ☐ *Defendant(s)*  ☐ *Other:*

**and designating as Local Counsel**

Persinger, Annick M.
*Designee's Name (Last Name, First Name & Middle Initial)*

272996          (510) 254-6808       (202) 973-0950
*Designee's Cal. Bar No.*   *Telephone Number*    *Fax Number*

apersinger@tzlegal.com
*E-Mail Address*

of Tycko & Zavareei LLP
10880 Wilshire Boulevard, Suite 1101
Los Angeles, CA  90024
*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED
☐ DENIED:
  ☐ for failure to pay the required fee.
  ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
  ☐ for failure to complete Application: _____
  ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
  ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.
  ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid,** ☐ be refunded ☒ not be refunded.

Dated: December 29, 2021

*[signature]*
U.S. District Judge