**DENIED**
BY ORDER OF THE COURT
NO SHOWING OF GOOD CAUSE
4/28/22

*/s/ John F. Walter/*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENT SCARPO, *on behalf of himself and all others similarly situated*,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>NATROL, LLC,<br><br>　　　　　　　Defendant. | Case No. 5:21-cv-01979-JFW-ASx<br><br>**CLASS ACTION**<br><br>**[PROPOSED] ORDER SETTING BRIEFING SCHEDULE FOR DEFENDANT'S MOTION FOR PARTIAL JUDGMENT ON THE PLEADINGS** |

　　　　Pursuant to the Parties' Joint Stipulation Setting Briefing Schedule for Defendant's Motion for Partial Judgment on the Pleadings, good cause shown, the following briefing schedule **IS SO ORDERED:**

1. Defendant may notice its Motion for Partial Judgment on the Pleadings for hearing on July 11, 2022 at 1:30 p.m.;
2. Plaintiff's deadline to file his Opposition to Defendant's Motion for Partial Judgment on the Pleadings is June 6, 2022; and
3. Defendant's deadline to file its reply to its Motion for Partial Judgment on the Pleadings is June 27, 2022.

DATED: _____

　　　　　　　　　　　　　　　　　Hon. John F. Walter
　　　　　　　　　　　　　　　　　United States District Judge