Annick M. Persinger (CA Bar No. 272996)
apersinger@tzlegal.com
**TYCKO & ZAVAREEI LLP**
10880 Wilshire Boulevard, Suite 1101
Los Angeles, California 90024
Telephone: (510) 254-6808
Facsimile: (202) 973-0950

Hassan A. Zavareei (CA Bar No. 181547)
hzavareei@tzlegal.com
**TYCKO & ZAVAREEI LLP**
1828 L Street, Northwest, Suite 1000
Washington, District of Columbia 20036
Telephone: (202) 973-0900
Facsimile: (202) 973-0950

Stuart E. Scott (OH Bar No. 0064834)*
sscott@spanglaw.com
Kevin Hulick (OH Bar No. 0093921)*
khulick@spanglaw.com
**SPANGENBERG SHIBLEY & LIBER LLP**
1001 Lakeside Avenue East, Suite 1700
Cleveland, OH 44114
Telephone (216) 696-3232
Facsimile (216) 696-3924

Jeremy Gilman (OH Bar No. 0014144)*
jgilman@jeremygilman.attorney
**JEREMY GILMAN, ATTORNEY, LLC**
7290 Ober Lane
Chagrin Falls, OH 44023
Telephone: (216) 789-8709
Facsimile: (216) 245-3797

*pro hac vice

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENT SCARPO, *on behalf of himself and all others similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>NATROL, LLC,<br><br>Defendant. | Case No. 5:21-cv-01979-JFW-AS<br><br>**CLASS ACTION**<br><br>**PLAINTIFF'S NOTICE OF MOTION FOR LEAVE TO DISMISS WITH PREJUDICE**<br><br>Hearing Date: September 12, 2022<br>Hearing Time: 1:30 p.m.<br>Courtroom: 7A<br><br>Complaint Filed: November 15, 2021<br>Trial Date: None<br>District Judge: Hon. John F. Walter<br>Magistrate Judge: Hon. Alka Sagar |

Pursuant to Fed. R. Civ. P. 41(a)(2), Plaintiff Brent Scarpo hereby moves to dismiss this action with prejudice. His position is more fully stated in the attached Memorandum in Support.

DATED: August 15, 2022

/s/ *Annick M. Persinger*
**TYCKO & ZAVAREEI LLP**
Annick M. Persinger

**TYCKO & ZAVAREEI LLP**
Hassan A. Zavareei

**SPANGENBERG SHIBLEY & LIBER LLP**
Stuart E. Scott*
Kevin Hulick*

**JEREMY GILMAN, ATTORNEY, LLC**
Jeremy Gilman*

*Attorneys for Plaintiff*

*admitted *pro hac vice*